**DISMISSED; and Opinion Filed January 23, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00686-CV

### IN THE INTEREST OF A. H., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-336-X**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Myers

The clerk's record in this case is overdue. By letter dated August 29, 2013 we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


/ Lana Myers/
LANA MYERS
JUSTICE


130686F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A. H., A CHILD

No. 05-13-00686-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 08-336-X.
Opinion delivered by Justice Myers.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Robert Moss recover his costs of this appeal from appellant Charlene Hooker.

Judgment entered this 23rd day of January, 2014.

/Lana Myers/
LANA MYERS
JUSTICE